IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KRIS WORKMAN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | §<br>§<br>§<br>§    CIVIL ACTION NO: 5:19-cv-00506<br>§    (consolidated with 5:18-cv-00555-XR)<br>§<br>§<br>§ |

# FINAL JUDGMENT

Judgment is entered in accordance with the Findings of Fact & Conclusions of Law, in cause No. 5:18-cv-00555-XR (February 7, 2022) (ECF No. 584), by District Judge Xavier Rodriguez, and Plaintiffs shall recover from the United States in the amount of:

1. $17,977,066.98 for Kris Workman.[1]

Plaintiffs shall file their bill of costs with this Court within 10 days of entry of this judgment, which are to be taxed against the United States.

Post-judgment interest shall be awarded in accordance with 31 U.S.C. § 1304(b)(1). Such interest shall be calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding

---

[1] After reviewing trial testimony, the Court finds that inflation and interest offset each other, resulting in a net discount rate of 0%. Therefore, of this amount, $5,117,039.98 represents the present value of reasonable and necessary future medical expenses Kris Workman will incur, and $711,000.00 represents the present value of lost earning capacity Kris Workman will sustain in the future.

the Judgment. 28 U.S.C. § 1961(a). For the week preceding this Judgment, the rate is set at 1.66 percent.[2]

Pursuant to 28 U.S.C. § 2678, attorney's fees are limited to 25% of the judgment, which the Court finds to be a reasonable and necessary fee in this case.

This final judgment disposes of all claims in the above-styled cause.

It is so ORDERED.

SIGNED this 5th day of April, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[2] *See* https://www.federalreserve.gov/releases/h15/; accessed April 4, 2022, showing 1-year Treasury constant maturities for March 25, 28-31, which average to 1.66%.